UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | No. 3:09-CR-29(01) RM |
| ) | |
| PAUL HARTLEY ) | |

## ORDER

No objections have been filed to the magistrate judge's findings and recommendation upon a plea of guilty issued on July 28, 2009 [Doc. No. 25]. Accordingly, the court now ADOPTS those findings and recommendation, ACCEPTS defendant Paul Hartley's plea of guilty, and FINDS the defendant guilty of Count 2 of the Indictment, in violation of 18 U.S.C. § 2252A(a)(5)(B).

SO ORDERED.

ENTERED:   August 18, 2009  

      /s/ Robert L. Miller, Jr.     
Chief Judge
United States District Court